United States Courts
Southern District of Texas
FILED

FEB 09 2022

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

**SEALED**

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER: |
| | § | |
| CHAD EVERETT WILLIAMS, JR. | § | C-22-60 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about October 27, 2021, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

CHAD EVERETT WILLIAMS, JR.,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony offense), and knowing that he was a person who has been convicted of a felony offense did knowingly possess a firearm and ammunition in and affecting interstate commerce, to wit:

1. a Diamondback Firearms Pistol, Model: AM2, Caliber: 9x19mm, Serial Number MA2900; and

2. eighteen (18) rounds of 9mm ammunition with headstamp "BARNES +P 9mm LUGER".

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

NOTICE OF CRIMINAL FORFEITURE
[18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c)]

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice to the defendant

CHAD EVERETT WILLIAMS, JR.,

that, in the event of conviction of a violation of Title 18, United States Code, Section 922(g)(1) as set out in Count One of this Indictment, all firearms and ammunitions involved in or used in such

violation are subject to forfeiture.

## Property Subject to Forfeiture

The property subject to forfeiture includes, but is not limited to, the following:

1. a Diamondback Firearms Pistol, Model: AM2, Caliber: 9x19mm, Serial Number MA2900, seized in Nueces County on October 27, 2021; and

2. eighteen (18) rounds of 9mm ammunition with headstamp "BARNES +P 9mm LUGER", seized in Nueces County on October 27, 2021.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: *Christopher Marin*
CHRISTOPHER MARIN
Assistant United States Attorney